UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80214-CIV-MARRA/MATTHEWMAN

MONIQUE JACKSON, on behalf of herself
and all others similarly situated,

Plaintiff,

vs.

PALM BEACH CREDIT ADJUSTORS, INC.,
d/b/a FOCUS FINANCIAL SERVICES,

Defendant.
_____/

**ORDER**

This cause is before the Court *sua sponte*.

Plaintiff submitted a Notice of Pending Settlement (DE 22) on November 21, 2018. To date, the parties have not submitted their stipulation of dismissal.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the parties shall file their dismissal documents no later than December 21, 2018. Failure to do so may result in the closing of the case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 14th day of December, 2018.

_____
KENNETH A. MARRA
United States District Judge